# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **MONTGOMERY CARL AKERS,** ) | |
| ) | |
| **Plaintiff** ) | |
| v. ) | Civil No.   09-54-P-S |
| ) | |
| **RON POISSON, et al,** ) | |
| ) | |
| **Defendant** ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 7) filed March 24, 2009, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Plaintiff's Complaint (Docket No. 1) is **DISMISSED** with prejudice as it fails to state a claim for which relief can be granted.

  /s/ George Z. Singal           
United States District Judge

Dated this 15th day of May, 2009.